IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.                                                         Criminal No.: 2:23-cr-65

**MALIK DILLARD,**

        **Defendant,**

## NOTICE OF APPEARANCE

This Notice is to advise the Court that James O. Broccoletti, Esquire, will serve as counsel for the Defendant in the above-styled matter.

                                                   Respectfully submitted,

                                                   MALIK DILLARD

                                                   By Counsel

                                            _____/s/_____
                                            James O. Broccoletti, Esquire
                                            VSB# 17869
                                            ZOBY & BROCCOLETTI, P.C.
                                            6663 Stoney Point South
                                            Norfolk, VA 23502
                                            (757) 466-0750
                                            (757) 466-5026
                                            james@zobybroccoletti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Anthony C. Mozzi
United States Attorney
Eastern District of Virginia
101 W. Main St
Norfolk, VA 23510
757-441-6625
anthony.mozzi@usdoj.gov

John F. Butler
United States Attorney
Eastern District of Virginia
101 W. Main Street
Norfolk, VA 23510
757-441-6689
John.f.butler@usdoj.gov

                                              /s/
                        James O. Broccoletti, Esquire
                        VSB# 17869
                        ZOBY & BROCCOLETTI, P.C.
                        6663 Stoney Point South
                        Norfolk, VA 23502
                        (757) 466-0750
                        (757) 466-5026
                        james@zobybroccoletti.com