AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

**SEALED**

United States of America
v.
MALIK DILLARD

)
)
) Case No. 2:23cr65
) FID: 769848
) HSI
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Malik Dillard,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

T.21:846 - Conspiracy to Manufacture, Distribute and Possess with Intent to Manufacture and Distribute Methamphetamine (Count One, et al.)

Date: 05/17/2023

*Issuing officer's signature*

City and state: Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/18/2023, and the person was arrested on *(date)* 7/17/2023
at *(city and state)* Virginia Beach, VA.

Date: 7/17/2023

FILED IN OPEN COURT
JUL 17 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

*Arresting officer's signature*

George Fox Special Agent
*Printed name and title*