IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 2:23-cr- 65 |
| v. | ) |
| | ) 21 U.S.C. § 846 |
| SEBASTIAN BALTHAZAR, | ) Conspiracy to Manufacture, Distribute, and |
| | ) Possess with Intent to Manufacture and |
| Defendant. | ) Distribute Methamphetamine |
| | ) (Count 1) |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) |
| | ) Distribution of Methamphetamine |
| | ) (Count 2) |
| | ) |
| | ) 18 U.S.C § 924(d); 21 U.S.C § 853 |
| | ) 28 U.S.C § 2461(c) |
| | ) Criminal Forfeiture |
| | ) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

(Conspiracy to Manufacture, Distribute,
and Possess with Intent to Manufacture and Distribute Methamphetamine)

Beginning in or about September 2021 and continuing thereafter until on or about February 2023, within the Eastern District of Virginia and elsewhere, the defendant, SEBASTIAN BALTHAZAR, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to knowingly and intentionally manufacture, distribute, and possess with intent to manufacture and distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(B).

## Ways, Manner, and Means of the Conspiracy

The objective of the conspiracy was to make money through the importation, manufacture, and distribution of methamphetamine. The ways, manner, and means by which that objective was carried out included, but were not limited to, the following:

1. It was part of the conspiracy for Malik Dillard to serve as a source of supply for methamphetamine to defendant SEBASTIAN BALTHAZAR.

2. It was a further part of the conspiracy for defendant SEBASTIAN BALTHAZAR, acting at the direction of Malik Dillard, to distribute methamphetamine to narcotics customers who contacted Dillard to purchase methamphetamine.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objective thereof, the following overt acts, among others, were committed in the Eastern District of Virginia, and elsewhere:

1. On or about December 16, 2022, at Virginia Beach, Virginia, Malik Dillard and SEBASTIAN BALTHAZAR distributed approximately 756 grams of methamphetamine.

(All in violation of Title 21, United States Code, Section 846.)

COUNT TWO

(Distribution of Methamphetamine)

On or about December 16, 2022, at Virginia Beach, in the Eastern District of Virginia, the defendant, SEBASTIAN BALTHAZAR, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and aided and abetted the same.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, SEBASTIAN BALTHAZAR, if convicted of any the violations alleged in this Information, as part of the sentencing, pursuant to F.R.Cr.P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

    a. Any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

    b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

2. The defendant, SEBASTIAN BALTHAZAR, if convicted of any of the violations alleged in this Information, shall forfeit to the United States any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c).)

*United States v. Sebastian Balthazar.; 2:23-cr-* 65

                                            Respectfully submitted,

                                            Jessica D. Aber
                                            United States Attorney

Date:  July 18, 2023              /s/ John F. Butler
                                            John F. Butler
                                            Anthony Mozzi
                                            Assistant United States Attorneys
                                            United States Attorney's Office
                                            101 West Main Street, Suite 6000
                                            Norfolk, VA 23510
                                            Office Number: 757-441-6331
                                            Email Addresses:    john.f.butler@usdoj.gov
                                                                           anthony.mozzi@usdoj.gov